## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MSP RECOVERY CLAIMS, SERIES, LLC, a Delaware entity, MAO-MSO RECOVERY, LLC, a Delaware entity, MSPA CLAIMS 1, LLC, a Florida entity, MAO-MSO RECOVERY II, LLC, a Delaware entity, | § § § § § § § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 5:17-cv-00862 |
| | § | |
| v. | § | **MOTION AND** |
| | § | **[PROPOSED] ORDER TO** |
| CVS HEALTH CORPORATION, | § | **DISMISS WITHOUT** |
| CAREMARK RX, L.L.C., EXPRESS | § | **PREJUDICE** |
| SCRIPTS HOLDING COMPANY, | § | |
| EXPRESS SCRIPTS, INC., SANOFI- | § | |
| AVENTIS U.S. LLC, NOVO NORDISK | § | |
| INC., and ELI LILLY AND COMPANY, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs MSP Recovery Claims, Series, LLC, MAO-MSO Recovery, LLC, MSPA Claims 1, LLC, and MAO-MSO Recovery II, LLC ("Plaintiffs") move and request an order dismissing their claims without prejudice. As noted in the Court's Order Suspending Deadline to Respond to Complaint, Plaintiffs have voluntarily agreed to litigate the claims made in this case in the District of New Jersey. A proposed order is attached.

DATED this 19th day of January, 2018.

Respectfully Submitted,

*s/ Enrique G. Serna*
Enrique G. Serna (TX # 00789617)
Daniel E. Serna (TX # 24046821)
SERNA & ASSOCIATES PLLC
City View Building

10999 IH10 W
Suite 305
San Antonio, Texas 78230
(210) 472-2222
(210) 228-0839 [Facsimile]
enrique@serna-associates.com
daniel@serna-associates.com

*Attorneys for Plaintiffs*