IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MSP RECOVERY CLAIMS, SERIES, LLC, a Delaware entity, MAO-MSO RECOVERY, LLC, a Delaware entity, MSPA CLAIMS 1, LLC, a Florida entity, MAO-MSO RECOVERY II, LLC, a Delaware entity, | § § § § § § § | |
| Plaintiffs, | § | Civil Action No. 5:17-cv-00862 |
| v. | § § § | |
| CVS HEALTH CORPORATION, CAREMARK RX, L.L.C., EXPRESS SCRIPTS HOLDING COMPANY, EXPRESS SCRIPTS, INC., SANOFI-AVENTIS U.S. LLC, NOVO NORDISK INC., and ELI LILLY AND COMPANY, | § § § § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

WHEREAS, Plaintiffs have voluntarily agreed to litigate the claims made in this case in the District of New Jersey, and have therefore moved to dismiss their claims in this Court without prejudice.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Complaint is dismissed without prejudice.

DATED this ____ day of January, 2018

_____
Hon. Xavier Rodriguez