# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity, ET AL., *Plaintiffs*, v. CVS HEALTH CORPORATION, ET AL.,, *Defendants*. | Civil Action No. SA-17-CV-862-XR |

## DISMISSAL ORDER

WHEREAS, Plaintiffs have voluntarily agreed to litigate the claims made in this case in the District of New Jersey, and have therefore moved to dismiss their claims in this Court without prejudice.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

SIGNED this 19th day of January, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE